UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SCOTT BUHL,

     Defendant.

Case No. 25-cr-20168
Hon. Matthew F. Leitman

_____/

## ORDER DENYING MOTION FOR REVOCATION OF DETENTION ORDER (ECF No. 32)

On February 27, 2026, counsel for Defendant Scott Buhl filed a motion for revocation of the detention order (the "Motion"). (*See* ECF #32.)  The Court held a hearing on the Motion on April 16, 2026.  For the reasons stated on the record at the April 16, 2026, hearing, **IT IS HEREBY ORDERED** that the Motion (ECF #32) is **DENIED.**

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 16, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 16, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126